UNITED STATES DISTRICT COURT
for the DISTRICT OF COLUMBIA

GOVERNMENT ACCOUNTABILITY
PROJECT,
1612 K Street, NW, Suite 1100
Washington, D.C. 20006

      Plaintiff,

      v.                        Civil Action No. _____

U.S. DEPARTMENT OF STATE,
Washington, D.C. 20520
      Defendant.

_____

**COMPLAINT FOR DECLARATORY
AND INJUNCTIVE RELIEF**

_____

1.      This is an action under the Freedom of Information Act (FOIA, 5 U.S.C. §

552, *et seq*.) for injunctive and other appropriate relief and seeking the

disclosure and release of agency records improperly withheld from the

Plaintiff by Defendant U.S. Department of State.

## JURISDICTION AND VENUE

2.    This Court has both subject matter jurisdiction over this action and personal jurisdiction over the parties pursuant to 5 U.S.C. § 552(a)(4)(B). This Court also has jurisdiction over this action pursuant to 28 U.S.C. § 1331.  Venue lies in this district under 5 U.S.C. § 552(a)(4)(B).

3.    Plaintiff Government Accountability Project (GAP) is a public interest, non-profit advocacy organization that is based in the District of Columbia. GAP promotes government and corporate accountability by advancing occupational free speech, defending whistleblowers, and empowering citizen activists.  GAP's activities frequently include requesting and analyzing government records.  Moreover, GAP's International Program promotes free speech and ethical conduct in intergovernmental organizations.  As part of the Program, GAP provides guidance to whistleblowers from international institutions, including the World Bank, Asian Development Bank and United Nations Development Programme. Additionally, GAP officials put on workshops, give speeches, and provide guidance to foreign governments and non-governmental organizations (NGOs) regarding the importance of whistleblower protection and

occupational free speech.

4.      Defendant Department of State (DoS) is a Department of the Executive

Branch of the United States Government.  DoS is an agency within the

meaning of 5 U.S.C. § 552(f).

## VIOLATION OF FOIA

5.      On May 21, 2007, Plaintiff's International Program Director Beatrice

Edwards filed a FOIA request and request for fee waiver (via e-mail) with

the Defendant.

6.      In substance, for the period January 1, 2005 to the present, Plaintiff's

FOIA request sought:

a.      all incoming and outgoing correspondence regarding the

"Foundation for the Future;"

b.      all correspondence with the World Bank between Elizabeth

Cheney and J. Scott Carpenter regarding the Middle East

Partnership Initiative, and

c.      all memoranda, talking points, policy papers, position papers,

and background points regarding the Foundation for the Future.

7.      By e-mail dated May 21, 2007, DoS acknowledged receipt of Plaintiff's FOIA request and docketed it as "FOIA Request Letter B5414."

8.      By e-mail dated June 26, 2007, DoS Information & Privacy Coordinator Ms. Tyler L. Brothers further acknowledged Plaintiff's FOIA request and assigned it Case Control No. 200703339.

9.      On September 18, 2007, Defendant notified GAP that the processing of its request would begin.

10.     After and extended period during which Plaintiff received no further contact from the Defendant regarding its FOIA request, on April 30, 2008, Plaintiff filed an administrative appeal asserting that its request had been constructively denied.

11.     By letter dated May 6, 2008, DoS FOIA appeals officer Lori Hartmann declined to accept GAP's appeal because its FOIA request was purportedly "being processed."

12.     Under FOIA, Defendant DoS had twenty working days from the receipt of the Plaintiff's FOIA request to provide responsive records . Thus, Defendant was required to make a determination regarding Plaintiff's request by May 21, 2007.

*FOIA Complaint*
*Page 4*

13.     Similarly, Defendant had twenty working days to decide Plaintiff's administrative appeal.  Since the appeal was filed April 30, 2008, the deadline for deciding the appeal was May 30, 2008.

14.     As of the date of this Complaint, July **, 2008, the Defendant has failed to make a determination regarding the Plaintiff's appeal and has failed to release any records responsive to Plaintiff's April 21, 2007 FOIA request.

## REQUESTED RELIEF

15.     WHEREFORE, Plaintiff prays that this Court:

A.      Issue an Order finding and declaring that the Defendant has violated the FOIA;

B.      Order the Defendant to immediately release all records responsive to Plaintiff's FOIA request and make copies available to the Plaintiff;

C.      Award to the Plaintiff all costs and attorneys' fees incurred in this action;

D.      Grant such other relief as justice may require or the Court deems appropriate.

*FOIA Complaint*
*Page 5*

Respectfully submitted,

*/s/ Richard E. Condit*

_____

Richard E. Condit [DC Bar# 417786]
Senior Counsel
Government Accountability Project
1612 K Street, NW, Suite 1100
Washington, D.C. 20006
Tel. 202.457.0034 x. 142
Fax 202.457.0059
Eml. richardc@whistleblower.org

Dated: July 28, 2008

JS-44
(Rev.1/05 DC)

# CIVIL COVER SHEET

| I (a) PLAINTIFFS | DEFENDANTS |
|---|---|
| Government Accountability Project      11001 | U.S. Department of State |

| (b) COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF      11001 <br> (EXCEPT IN U.S. PLAINTIFF CASES) | COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT      11001 <br> (IN U.S. PLAINTIFF CASES ONLY) <br> NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED |

| (c) ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER) <br><br> Richard E. Condit <br> Gov't Accountability Project <br> 1612 K St., NW, Suite 1100 <br> Washington, D.C. 20006 <br> 202-457-0034 x. 142 | ATTORNEYS (IF KNOWN) <br><br> Case: 1:08-cv-01295 <br> Assigned To : Leon, Richard J. <br> Assign. Date : 7/28/2008 <br> Description: FOIA/Privacy Act |

## II. BASIS OF JURISDICTION
(PLACE AN x IN ONE BOX ONLY)

- O  1 U.S. Government Plaintiff
- ⊙  2 U.S. Government Defendant
- O  3 Federal Question (U.S. Government Not a Party)
- O  4 Diversity (Indicate Citizenship of Parties in item III)

## III CITIZENSHIP OF PRINCIPAL PARTIES (PLACE AN x IN ONE BOX FOR PLAINTIFF AND ONE BOX FOR DEFENDANT) **FOR DIVERSITY CASES ONLY!**

|  | PTF | DFT |  | PTF | DFT |
|---|---|---|---|---|---|
| Citizen of this State | O 1 | O 1 | Incorporated or Principal Place of Business in This State | O 4 | O 4 |
| Citizen of Another State | O 2 | O 2 | Incorporated and Principal Place of Business in Another State | O 5 | O 5 |
| Citizen or Subject of a Foreign Country | O 3 | O 3 | Foreign Nation | O 6 | O 6 |

## IV.  CASE ASSIGNMENT AND NATURE OF SUIT
**(Place a X in one category, A-N, that best represents your cause of action and one in a corresponding Nature of Suit)**

| O A. *Antitrust* | O B. *Personal Injury/ Malpractice* | O C. *Administrative Agency Review* | O D. *Temporary Restraining Order/Preliminary Injunction* |
|---|---|---|---|
| ☐ 410 Antitrust | ☐ 310 Airplane <br> ☐ 315 Airplane Product Liability <br> ☐ 320 Assault, Libel & Slander <br> ☐ 330 Federal Employers Liability <br> ☐ 340 Marine <br> ☐ 345 Marine Product Liability <br> ☐ 350 Motor Vehicle <br> ☐ 355 Motor Vehicle Product Liability <br> ☐ 360 Other Personal Injury <br> ☐ 362 Medical Malpractice <br> ☐ 365 Product Liability <br> ☐ 368 Asbestos Product Liability | ☐ 151 Medicare Act <br><br> **Social Security:** <br> ☐ 861 HIA ((1395ff) <br> ☐ 862 Black Lung (923) <br> ☐ 863 DIWC/DIWW (405(g) <br> ☐ 864 SSID Title XVI <br> ☐ 865 RSI (405(g) <br> **Other Statutes** <br> ☐ 891 Agricultural Acts <br> ☐ 892 Economic Stabilization Act <br> ☐ 893 Environmental Matters <br> ☐ 894 Energy Allocation Act <br> ☐ 890 Other Statutory Actions (If Administrative Agency is Involved) | Any nature of suit from any category may be selected for this category of case assignment. <br><br> *(If Antitrust, then A governs)* |

| O  E. *General Civil (Other)*      OR      O  F. *Pro Se General Civil* | | | |
|---|---|---|---|
| **Real Property** <br> ☐ 210 Land Condemnation <br> ☐ 220 Foreclosure <br> ☐ 230 Rent, Lease & Ejectment <br> ☐ 240 Torts to Land <br> ☐ 245 Tort Product Liability <br> ☐ 290 All Other Real Property <br><br> **Personal Property** <br> ☐ 370 Other Fraud <br> ☐ 371 Truth in Lending <br> ☐ 380 Other Personal Property Damage <br> ☐ 385 Property Damage Product Liability | **Bankruptcy** <br> ☐ 422 Appeal 28 USC 158 <br> ☐ 423 Withdrawal 28 USC 157 <br><br> **Prisoner Petitions** <br> ☐ 535 Death Penalty <br> ☐ 540 Mandamus & Other <br> ☐ 550 Civil Rights <br> ☐ 555 Prison Condition <br><br> **Property Rights** <br> ☐ 820 Copyrights <br> ☐ 830 Patent <br> ☐ 840 Trademark <br><br> **Federal Tax Suits** <br> ☐ 870 Taxes (US plaintiff or defendant <br> ☐ 871 IRS-Third Party 26 USC 7609 | **Forfeiture/Penalty** <br> ☐ 610 Agriculture <br> ☐ 620 Other Food &Drug <br> ☐ 625 Drug Related Seizure of Property 21 USC 881 <br> ☐ 630 Liquor Laws <br> ☐ 640 RR & Truck <br> ☐ 650 Airline Regs <br> ☐ 660 Occupational Safety/Health <br> ☐ 690 Other <br><br> **Other Statutes** <br> ☐ 400 State Reapportionment <br> ☐ 430 Banks & Banking <br> ☐ 450 Commerce/ICC Rates/etc. <br> ☐ 460 Deportation | ☐ 470 Racketeer Influenced & Corrupt Organizations <br> ☐ 480 Consumer Credit <br> ☐ 490 Cable/Satellite TV <br> ☐ 810 Selective Service <br> ☐ 850 Securities/Commodities/ Exchange <br> ☐ 875 Customer Challenge 12 USC 3410 <br> ☐ 900 Appeal of fee determination under equal access to Justice <br> ☐ 950 Constitutionality of State Statutes <br> ☐ 890 Other Statutory Actions (if not administrative agency review or Privacy Act |

③

| ○ G. *Habeas Corpus/ 2255* | ○ H. *Employment Discrimination* | ⊗ I. *FOIA/PRIVACY ACT* | ○ J. *Student Loan* |
|---|---|---|---|
| ☐ 530 Habeas Corpus-General<br>☐ 510 Motion/Vacate Sentence | ☐ 442 Civil Rights-Employment<br>(criteria: race, gender/sex,<br>national origin,<br>discrimination, disability<br>age, religion, retaliation)<br><br>*(If pro se, select this deck)* | ☒ 895 Freedom of Information Act<br>☐ 890 Other Statutory Actions<br>(if Privacy Act)<br><br>*(If pro se, select this deck)* | • ☐ 152 Recovery of Defaulted<br>Student Loans<br>(excluding veterans) |

| ○ K. *Labor/ERISA (non-employment)* | ○ L. *Other Civil Rights (non-employment)* | ○ M. *Contract* | ○ N. *Three-Judge Court* |
|---|---|---|---|
| ☐ 710 Fair Labor Standards Act<br>☐ 720 Labor/Mgmt. Relations<br>☐ 730 Labor/Mgmt. Reporting &<br>Disclosure Act<br>☐ 740 Labor Railway Act<br>☐ 790 Other Labor Litigation<br>☐ 791 Empl. Ret. Inc. Security Act | ☐ 441 Voting (if not Voting Rights<br>Act)<br>☐ 443 Housing/Accommodations<br>☐ 444 Welfare<br>☐ 440 Other Civil Rights<br>☐ 445 American w/Disabilities-<br>Employment<br>☐ 446 Americans w/Disabilities-<br>Other | ☐ 110 Insurance<br>☐ 120 Marine<br>☐ 130 Miller Act<br>☐ 140 Negotiable Instrument<br>☐ 150 Recovery of Overpayment &<br>Enforcement of Judgment<br>☐ 153 Recovery of Overpayment of<br>Veteran's Benefits<br>☐ 160 Stockholder's Suits<br>☐ 190 Other Contracts<br>☐ 195 Contract Product Liability<br>☐ 196 Franchise | ☐ 441 Civil Rights-Voting<br>(if Voting Rights Act) |

**V. ORIGIN**

◉ 1 Original Proceeding    ○ 2 Removed from State Court    ○ 3 Remanded from Appellate Court    ○ 4 Reinstated or Reopened    ○ 5 Transferred from another district (specify)    ○ 6 Multi district Litigation    ○ 7 Appeal to District Judge from Mag. Judge

**VI. CAUSE OF ACTION (CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE A BRIEF STATEMENT OF CAUSE.)**

5 U.S.C. § 552

| **VII. REQUESTED IN COMPLAINT** | CHECK IF THIS IS A CLASS ☐ ACTION UNDER F.R.C.P. 23 | **DEMAND $** [_____] | Check YES only if demanded in complaint |
|---|---|---|---|
| | | **JURY DEMAND:** | YES ☐   NO ☒ |

**VIII. RELATED CASE(S) IF ANY**    (See instruction)    YES ☐   NO ☒    If yes, please complete related case form.

DATE  July 28, 2008     SIGNATURE OF ATTORNEY OF RECORD _[signature]_

---

**INSTRUCTIONS FOR COMPLETING CIVIL COVER SHEET JS-44**
Authority for Civil Cover Sheet

The JS-44 civil cover sheet and the information contained herein neither replaces nor supplements the filings and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. Consequently a civil cover sheet is submitted to the Clerk of Court for each civil complaint filed. Listed below are tips for completing the civil cover sheet. These tips coincide with the Roman Numerals on the Cover Sheet.

I.    COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF/DEFENDANT (b) County of residence: Use 11001 to indicate plaintiff is resident of Washington, D.C.; 88888 if plaintiff is resident of the United States but not of Washington, D.C., and 99999 if plaintiff is outside the United States.

III.    CITIZENSHIP OF PRINCIPAL PARTIES: This section is completed only if diversity of citizenship was selected as the Basis of Jurisdiction under Section II.

IV.    CASE ASSIGNMENT AND NATURE OF SUIT: The assignment of a judge to your case will depend on the category you select that best represents the primary cause of action found in your complaint. You may select only one category. You must also select one corresponding nature of suit found under the category of case.

VI.    CAUSE OF ACTION: Cite the US Civil Statute under which you are filing and write a brief statement of the primary cause.

VIII.    RELATED CASES, IF ANY: If you indicated that there is a related case, you must complete a related case form, which may be obtained from the Clerk's Office.

Because of the need for accurate and complete information, you should ensure the accuracy of the information provided prior to signing the form.