```
                    UNITED STATES DISTRICT COURT
                    FOR THE DISTRICT OF COLUMBIA

GOVERNMENT ACCOUNTABILITY PROJECT  )
  1612 K Street, N.W., Suite 1100  )
  Washington, D.C. 20006,          )
                                   )
        Plaintiff,                 )
                                   )
        v.                         )  Civil No. 08-1295 RJL
                                   )
U.S. DEPARTMENT OF STATE,          )
  Washington, D.C. 20520,          )
                                   )
        Defendant.                 )
                                   )
```

**ANSWER**

Defendant, the United States Department of State, by and through its undersigned attorneys, hereby answers the Complaint for Declaratory and Injunctive Relief ("Complaint") in this case as follows.

FIRST DEFENSE

The Complaint fails to state a claim upon which relief can be granted.

SECOND DEFENSE

In response to the numbered paragraphs of the Complaint, defendant admits, denies, or otherwise states as follows:

1. This paragraph contains the Plaintiff's characterization of the case, not averments of fact. No response is required. To the extent a response is deemed to be required, deny.

2. This paragraph contains conclusions of law relating to jurisdiction and venue, not averments of fact. No response is

required.  To the extent a response is deemed to be required, admit.

    3.  Defendant has insufficient information to admit or deny.

    4.  Admit.

    5.  Admit.

    6.  Admit that Plaintiff's Freedom of Information Act request sought access to certain agency records, and the Court is respectfully referred to a copy of that request for a complete and accurate statement of its contents.

    7.  Admit that the Department sent an email to the requester dated May 21, 2007, and the Court is respectfully referred to a copy of that email for a complete and accurate statement of its contents.

    8.  Admit that Department of State employee Ms. Tyler L. Brothers acknowledged receipt of Plaintiff's FOIA request by email dated June 26, 2007 and assigned it case control number 200703339, deny that Ms. Brothers is the Department of State Information and Privacy Coordinator, and the Court is respectfully referred to a copy of that email for a complete and accurate statement of its contents.

    9.  Admit that Defendant sent Plaintiff a letter dated September 18, 2007, and the Court is respectfully referred to a copy of that letter for a complete and accurate statement of its contents.

10.  Admit that Defendant received from Plaintiff a letter dated April 30, 2008, and the Court is respectfully referred to a copy of that communication for a complete and accurate statement of its contents.  Further aver that the Plaintiff and the Defendant had discussed Plaintiff's FOIA request by phone prior to Plaintiff's transmission of the communication dated April 30, 2008.

11.  Admit that Defendant's FOIA Appeals Officer Lori Hartmann responded by letter dated May 6, 2008, and the Court is respectfully referred to a copy of that letter for a complete and accurate statement of its contents.

12.  This paragraph states conclusions of law, not averments of fact.  No response is required.  To the extent a response is deemed to be required, deny.

13.  This paragraph states conclusions of law, not averments of fact.  No response is required.  To the extent a response is deemed to be required, deny.

14.  Admit that as of the date of the Complaint, Defendant had not released any records responsive to Plaintiff's FOIA request, aver that the Department's search and review was already well under way, and otherwise deny the allegations in paragraph 14 of the Complaint.

15.  Defendants deny that Plaintiff is entitled to the relief sought in the Complaint, or to any relief whatsoever, including

any costs or attorneys' fees.

Defendant denies each and every allegation set forth in the Complaint, unless specifically admitted above.

Respectfully submitted,

_____/s/_____
JEFFREY A. TAYLOR, D.C. BAR # 498610
United States Attorney


_____/s/_____
RUDOLPH CONTRERAS, D.C. BAR # 434122
Assistant United States Attorney


_____/s/_____
MARINA UTGOFF BRASWELL, D.C. BAR #416587
Assistant United States Attorney
U.S. Attorney's Office
555 4th Street, N.W. - Civil Division
Washington, D.C. 20530
(202) 514-7226