UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

GOVERNMENT ACCOUNTABILITY PROJECT )
)
    Plaintiff, )
)
v. ) Civil No. 08-1295 RJL
)
U.S. DEPARTMENT OF STATE, )
)
    Defendant. )

## STIPULATION BETWEEN THE PARTIES

In this case brought under the Freedom of Information Act ("FOIA"), 5 U.S.C. § 552, Plaintiff Government Accountability Project has filed a motion for judgment on the pleadings, Docket No. 4, seeking to have this Court order Defendant, the United States Department of State, to disclose information sought by Plaintiff under the FOIA. Defendant has been processing records responsive to Plaintiff's request and anticipates being able to complete this process in the near future [within four weeks]. In light of this fact, the parties have agreed to the following:

(1) Plaintiff will withdraw its motion at Docket No. 4;

(2) By December 19, 2008, Defendant will complete its review of responsive material (and is not required to process non-responsive material within responsive documents although Plaintiff reserves the right to request the processing of such information subsequently), refer all documents requiring review outside the Department of State to such entities for their review, and provide Plaintiff with all nonexempt material in documents not requiring

referral, while withholding information found to be exempt under the FOIA; and

(3) Defendant will make an interim release of non-exempt, processed information on December 8, 2008; and

(4) Defendant will waive the fees owed by Plaintiff in connection with processing Plaintiff's FOIA request.

(5) The undersigned counsel represent that they are authorized to make this agreement on behalf of their clients.

(6) Plaintiff and Defendant agree that a facsimile of the signatures of the parties and counsel will be the same as the original.

Executed this 4th day of December, 2008.

Respectfully submitted,

/s/ Richard Condit
RICHARD E. CONDIT
D.C. BAR # 417786
GOVERNMENT ACCOUNTABILITY
 PROJECT
1612 K Street, NW, Suite 1100
Washington, D.C. 20006
(202) 457-0034, x 142

/s/ Jeffrey A. Taylor
JEFFREY A. TAYLOR
D.C. BAR # 498610
United States Attorney

/s/ Rudolph Contreras
RUDOLPH CONTRERAS
D.C. BAR # 434122
Assistant U.S. Attorney

2

*[signature: Marina Utgoff Braswell]*
MARINA UTGOFF BRASWELL
D.C. BAR #416587
Assistant U.S. Attorney
U.S. Attorney's Office
555 4th Street, N.W.
Washington, D.C. 20530
(202) 514-7226

Counsel for Plaintiff          Counsel for Defendant

3